

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00043-CR

**CLIFFORD DEAN COGDILL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. F43605

## MEMORANDUM OPINION

Clifford Dean Cogdill attempts to appeal from his conviction in August of 2010. By letter dated February 22, 2011, the Clerk of this Court notified Cogdill that the appeal was subject to dismissal because it appeared that the notice of appeal was untimely and that the trial court's certificate of right of appeal indicated that Cogdill waived his right to appeal and had no right to appeal. *See* TEX. R. APP. P. 26.2(a)(1); 25.2(d). The Clerk also warned Cogdill that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for

continuing the appeal.  *See* TEX. R. APP. P. 44.3.  We received a response from Cogdill;

however, it does not provide grounds for continuing the appeal.

Accordingly, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 16, 2011
Do not publish
[CR25]